JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| DINESH SINGH, | ) | No. CV 11-07312-PSG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ERIC H. HOLDER, JR., et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that (1) Petitioner's Motion be denied; and (2) directing that the Petition be denied with prejudice.

DATED: February 21, 2012

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE